1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TORRES-ALFARO, | Case No. CV 15-05254 FMO (AFM) |
|         Petitioner, | |
|   v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| CALVIN JOHNSON, Warden, | |
|         Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge.  No objections to the Report have been filed herein.  The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) respondent's Motion to Dismiss is granted; and (3) Judgment shall be entered dismissing the action without prejudice.

DATED:  December 11, 2015

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE