# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TORRES-ALFARO,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>CALVIN JOHNSON, Warden,<br><br>　　　　　　Respondent. | Case No. CV 15-05254 FMO (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: December 11, 2015

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE